**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chitra Sethuraman | CHAPTER 13 |
| Debtor(s) | |
| Toyota Motor Credit Corporation | |
| Movant | NO. 17-16704 mdc |
| vs. | |
| Chitra Sethuraman | |
| Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq. | |
| Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4, VIN: 2T3RFREV7FW318197 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this _17th_ day of _July_, 2018.

_Magdelene D. C_____
United States Bankruptcy Judge.

cc: See attached service list

Chitra Sethuraman
7448 Rhoads Street
Philadelphia, PA 19151

Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532