United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Chitra Sethuraman
    Debtor

Case No. 17-16704-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jul 19, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
db          +Chitra Sethuraman,   7448 Rhoads Street,   Philadelphia, PA 19151-2922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
        ANN E. SWARTZ   on behalf of Creditor   LoanDepot.com, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        BRAD J. SADEK   on behalf of Debtor Chitra  Sethuraman brad@sadeklaw.com,  bradsadek@gmail.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor   LoanDepot.com, LLC ecfmail@mwc-law.com
        KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        RAYMOND M. KEMPINSKI   on behalf of Creditor   LoanDepot.com, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chitra Sethuraman <br><br> Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> Movant <br> vs. | NO. 17-16704 mdc |
| Chitra Sethuraman <br> Debtor(s) <br><br> William C. Miller Esq. <br> Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4, VIN: 2T3RFREV7FW318197 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th day of July, 2018.

_Magdeline D. C_____
United States Bankruptcy Judge.

cc: See attached service list

Chitra Sethuraman
7448 Rhoads Street
Philadelphia, PA 19151

Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532