# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chitra Sethuraman<br><br>　　　　　　　Debtor<br><br>LoanDepot.com, LLC, or its Successor or Assignee<br>　　　　　　　Movant<br>　　　　vs.<br><br>William C. Miller, Esq.<br>Chitra Sethuraman<br>　　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 17-16704 MDC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　　I, Raymond M. Kempinski, attorney for LoanDepot.com, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 25, 2018

| | | |
|---|---|---|
| Chitra Sethuraman<br>7448 Rhoads Street<br>Philadelphia, PA 19151 | Brad J. Sadek<br>Sadek & Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA<br>Attorney for Debtor | William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 | | |

　　　　　　　　　　　　/s/ Raymond M. Kempinski
　　　　　　　　　　　　ANN E. SWARTZ, ESQUIRE, ID # 201926
　　　　　　　　　　　　ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
　　　　　　　　　　　　RAYMOND M. KEMPINSKI, ESQUIRE, ID # 93839
　　　　　　　　　　　　Attorney for LoanDepot.com, LLC
　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　　Email: ecfmail@mwc-law.com