UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chitra Sethuraman <br><br> Debtor <br><br> LoanDepot.com, LLC, or its Successor or Assignee <br> Movant <br> vs. <br><br> William C. Miller, Esq. <br> Chitra Sethuraman <br> Respondents | Chapter 13 <br> Bankruptcy No. 17-16704 MDC |

## ORDER

AND NOW, this _21st_ day of _August_, 20_18_, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit LoanDepot.com, LLC, or its Successor or Assignee, to exercise applicable _in rem_ state court remedies _only_ with respect to the property located at: 7448 Rhoads Street, Philadelphia, PA 19151 _as provided by the terms of the mortgage._

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

cc.:

| | | |
|---|---|---|
| Chitra Sethuraman <br> 7448 Rhoads Street <br> Philadelphia, PA 19151 <br><br> United States Trustee <br> Office of the U.S. Trustee <br> 833 Chestnut Street <br> Suite 500 <br> Philadelphia, PA 19107 | Brad J. Sadek <br> Sadek & Cooper <br> 1315 Walnut Street <br> Suite 502 <br> Philadelphia, PA <br> Attorney for Debtor | William C. Miller, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 <br> Trustee |