United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-16704-mdc
Chitra Sethuraman                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: CarolP            Page 1 of 1         Date Rcvd: Aug 23, 2018
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        BRAD J. SADEK    on behalf of Debtor Chitra  Sethuraman brad@sadeklaw.com, bradsadek@gmail.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        RAYMOND M. KEMPINSKI    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chitra Sethuraman<br><br>Debtor<br><br>LoanDepot.com, LLC, or its Successor or Assignee<br>　　　　　　　Movant<br>　　vs.<br><br>William C. Miller, Esq.<br>Chitra Sethuraman<br>　　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 17-16704 MDC |

## ORDER

AND NOW, this _21st_ day of _August_, 20_18_, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit LoanDepot.com, LLC, or its Successor or Assignee, to exercise applicable _in rem_ state court remedies _only_ with respect to the property located at: 7448 Rhoads Street, Philadelphia, PA 19151 _as provided by the terms of the mortgage_.

_Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge

cc.:

| | | |
|---|---|---|
| Chitra Sethuraman<br>7448 Rhoads Street<br>Philadelphia, PA 19151<br><br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 | Brad J. Sadek<br>Sadek & Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA<br>Attorney for Debtor | William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee |