United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16704-mdc
Chitra Sethuraman                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2             Date Rcvd: Oct 25, 2018
                              Form ID: pdf900           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db             +Chitra Sethuraman,    7448 Rhoads Street,    Philadelphia, PA 19151-2922
14024942        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14003076        Cavalry Portfolio Services Attn: Bankruptcy Depart,     Valhalla, NY 10595
14003077       +Chase Card,    Attn: Correspondence Dept PO Box 15298,     Wilmington, DE 19850-5298
14003079       +Kohls/Capital One Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14003080       +Loan Depot,   26642 Towne Centre Dr,    Foothill Ranch, CA 92610-2808
14063122       +LoanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14003081       +McCabe, Weinberg & Conw  P.C.,    123 South Broad Street Suite 1400,
                 Philadelphia, PA 19109-1060
14003085        PECO,   P.O. Box 37629,    Prospect Park, PA 19076
14003086       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14003087       +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
13994924       +Police and Fire Federal Credit Union,     901 Arch Street,    Phila., Pa. 19107-2495
14003089      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     Po Box 8026,
                 Cedar Rapids, IA 52408)
14014945       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14003090       +Visa Dept Store National Bank/Macy's Attn: Bankrup,     Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 02:39:34      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070941        E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:48      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14003075       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:24      Capital One,
                 Attn: Bankruptcy Po Box 30253,    Salt Lake City, UT 84130-0253
14028244       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:37:42      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14003082       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2018 02:37:34      Midland Funding,
                 Attn: Bankruptcy Po Box 939069,    San Diego, CA 92193-9069
14035555       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2018 02:37:34      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14003088        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:25
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14000848        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:38
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13993320       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 03:11:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14003078        City of Philadelphia,    Tax Unit,    Law Department,    1401 John. F Kennedy BLVD., 5th Floor Ph
14003083*      +Midland Funding Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14003084*      +Midland Funding Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Oct 25, 2018
                              Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BRAD J. SADEK    on behalf of Debtor Chitra  Sethuraman brad@sadeklaw.com,  bradsadek@gmail.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          RAYMOND M. KEMPINSKI     on behalf of Creditor    LoanDepot.com, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Chitra  Sethuraman                                    Chapter 13

                                                               17-16704MDC

Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 10/25/18

Hon. Magdeline C. Coleman
U.S. BANKRUPTCY JUDGE