IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Chitra Sethuraman | : |
| | : |
| | :    Case No.: 17-16704MDC |
| | : |
| Debtor(s) | :    Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 22 and 52.

Dated: November 19, 2018         /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 "The Philadelphia Building"
                                 1315 Walnut Street, #502
                                 Philadelphia, PA 19107
                                 215-545-0008